# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moody, James M | USDC, Eastern District of AR | 08/06/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 West Capitol, Rm. D-446<br>Little Rock, AR 72201-3325 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust 1, Part VII , Line 41 |
| 2. | Trustee | Trust 2, Part VII, Line 66 |
| 3. | Trustee | Trust 4, Part VII, Line 149 |
| 4. | Trustee | Trust 5, Part VII, Line 182 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2008 AUG -8 P 12: 57 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Tutoring |
| 2 | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. One Bank | A | Interest | K | T | | | | | |
| 2. Bank of America | A | Interest | J | T | | | | | |
| 3. Regions Bank | A | Interest | J | T | | | | | |
| 4. Telco Fed. Credit Union | B | Dividend | K | T | | | | | |
| 5. A Very Special Tea Room | | None | | | | | | | See Note 1, Part VIII |
| 6. Regions Bank/Morgan Keegan (IRA) | D | Interest | L | T | | | | | |
| 7. Janus Global Tech Fnd | A | Interest | J | T | | | | | |
| 8. Vanguard Growth Index Fund (IRA) | A | Interest | L | T | | | | | |
| 9. BH&M Oil Comm. Stock | A | Dividend | J | T | | | | | |
| 10. Putnam Amer. Growth & Income Fnd | A | Dividend | J | T | | | | | |
| 11. Amer. Funds AMCAP Fnd | C | Dividend | L | T | | | | | |
| 12. Fidelity Eq. Aggr. Growth Fnd | A | Dividend | J | T | | | | | |
| 13. MSDW Competitive Edge Fnd | A | Dividend | L | T | | | | | |
| 14. ACCT 1-1 (MS) (Y) | | | | | Closed | 4/16 | J | A | See Note 2, Part VIII |
| 15. - Morgan Stanley Com. Stock | | | | | Transfer | 2/27 | K | A | See Note 2, Part VIII |
| 16. - Wal-Mart Stores Com. Stock | | | | | Transfer | 2/27 | K | A | See Note 2, Part VIII |
| 17. - MS Spectrum Technical | | | | | Transfer | 4/12 | J | A | See Note 2, Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - MS Spectrum Currency | | | | | Transfer | 4/12 | J | A | See Note 2, Part VIII |
| 19. - US Gov MM Trst Fnds | | | | | Redeem | 3/01 | J | A | See Note 2, Part VIII |
| 20. ACCT 1-2 (IRA) (MS) | D | Int./Div. | P1 | T | | | | | |
| 21. - IShares Russell 2000 Value Fund | | | | | | | | | |
| 22. - IShares Russell 2000 Growth | | | | | | | | | |
| 23. - IShares Russell 1000 Gr Index | | | | | | | | | |
| 24. - IShares Russell 1000 Value Index | | | | | | | | | See Note 3, Part VIII |
| 25. - IShares Russell Midcap G Index Fd | | | | | | | | | |
| 26. - IShares S&P Midcap 400 Value | | | | | | | | | |
| 27. - IShares S&P Midcap 400 Growth | | | | | | | | | |
| 28. - IShares S&P 500 Growth Index | | | | | | | | | |
| 29. - IShares MSCI Emerging Mkts Fd | | | | | | | | | |
| 30. - IShares S&P Europe 350 Mkt Fnd | | | | | | | | | See Note 4, Part VIII |
| 31. - IShares MSCI Japan Index Fnd | | | | | | | | | |
| 32. - Liquid Asset MM Fund | | | | | | | | | |
| 33. ACCT 1-3 (SA) (Y) | | | | | Closed | 3/14 | J | A | See Note 5, Part VIII |
| 34. - LR AR School Dist. Ser. B | | | | | Transfer | 3/14 | K | B | See Note 5, Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Pul Cnty AR Chldrn's Hosp. | | | | | Transfer | 3/14 | J | A | See Note 5, Part VIII |
| 36. - Heber Springs School District | | | | | Transfer | 3/14 | J | A | See Note 5, Part VIII |
| 37. - Fed Home Loan Mtge Corp Med Term Note | | | | | Transfer | 3/14 | L | A | See Note 5, Part VIII |
| 38. - General Motors Corp Note | | | | | Transfer | 3/14 | K | B | See Note 5, Part VIII |
| 39. - Muni Cash Trust Fnds | | | | | Tranfer | 3/14 | J | A | See Note 5, Part VIII |
| 40. - AR St Rfdg Water Waste Disp & Pollution Muni Debt | | | | | Transfer | 3/14 | K | B | See Note 5, Part VIII |
| 41. ACCT 1-4 (Trust1) (SA) | E | Int./Div. | O | T | | | | | |
| 42. - Greene Cnty AR Housing | | | | | | | | | |
| 43. - Pul Cnty AR Hsp Revs Chldrn's Hosp | | | | | | | | | |
| 44. - Union Cnty AR Housing | | | | | | | | | |
| 45. - AR Div Fin Auth SFM Ser B | | | | | Redeem part. | 1/2 | J | A | |
| 46. | | | | | Redeem | 7/2 | K | A | |
| 47. - Pul Cnty AR Hlth. Fac. Catholic | | | | | | | | | |
| 48. - UA-Faytvl Var Fac | | | | | | | | | |
| 49. - Jonesboro AR Res Housing | | | | | | | | | |
| 50. - Drew Cty AR School Dist 5 | | | | | | | | | |
| 51. - Rogers AR School Dist | | | | | Redeem | 8/1 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | * P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Springdale AR Sch Dist #50 | | | | | | | | | |
| 53. - Booneville AR School Dist | | | | | | | | | |
| 54. - Heber Springs AR School District | | | | | Redeem | 5/1 | K | B | |
| 55. - Springdale AR SD050 | | | | | | | | | |
| 56. - LR AR Hlth Fac Bd Baptist Med Center | | | | | | | | | |
| 57. - Conway AR Pub Fac Bd Cap Impts Rev Ref Hendrix | | | | | | | | | |
| 58. - Paragrould AR Water & Sewer Rev B/E | | | | | | | | | |
| 59. - AR St Rfdg Water Waste Disp & Poll C B/E | | | | | | | | | |
| 60. - AR St Univ Rev Hsg Sys FGIC B/E | | | | | | | | | |
| 61. - NLR Hlth Fac Bd Hlth Care RV Ref Bap Hlth B/E | | | | | | | | | |
| 62. - Ft.Smith AR W&S Rev Ser C FSA B/E | | | | | Buy | 9/24 | K | | |
| 63. ACCT 1-5 (IRA) (MS) | A | Interest | J | T | | | | | |
| 64. - MS Liquid Asset MM Fnds | | | | | | | | | |
| 65. -Activision, Inc. | | | | | | | | | |
| 66. ACCT 1-6 (Trust2) | | | | | | | | | |
| 67. - Real estate, Van Buren Cnty, AR | | None | L | W | | | | | |
| 68. - ACCT 1-6.a (Trust2) (EDI) | D | Int./Div. | ● | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- First Southwest Prime MM Fnds | | | | | | | | | |
| 70. - ABN AMRO Holding NV | | | | | | | | | |
| 71. - AT&T | | | | | Partial Sale | 2/9 | J | A | |
| 72. | | | | | Sold | 3/26 | J | A | |
| 73. - AKZO Nobrl NV | | | | | Sold | 5/1 | J | A | |
| 74. - Alcoa, Inc. | | | | | Partial Sale | 5/8 | J | A | |
| 75. | | | | | Sold | 6/20 | K | A | |
| 76. - American Home Mtge Inv | | | | | Buy | 7/11 | K | | |
| 77. | | | | | Sold | 12/24 | J | A | |
| 78. - BP Amoco | | | | | | | | | |
| 79. - Banco Bilbaovizcaya | | | | | | | | | |
| 80. - Banco Santander Cen | | | | | Sold | 4/19 | K | A | |
| 81. - Bank of America Corp. | | | | | | | | | |
| 82. - Baxter Int. Inc. | | | | | Sold | 3/21 | J | A | |
| 83. - Bayerische | | | | | | | | | |
| 84. - Berkshire Hathaway, Inc. | | | | | | | | | |
| 85. - Bristol Myers Squibb Co. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.    - CIT Group, Inc. | | | | | | | | | |
| 87.    - Chubb Corp. | | | | | | | | | |
| 88.    - Coca-Cola Co. | | | | | | | | | |
| 89. | | | | | Buy | 5/3 | J | | |
| 90. | | | | | Partial Sale | 5/14 | J | A | |
| 91. | | | | | Sold | 9/11 | K | D | |
| 92.    - Costco | | | | | | | | | |
| 93.    - Walt Disney Co. | | | | | Sold | 1/24 | K | A | |
| 94.    - Dow Chemical Co. | | | | | | | | | |
| 95.    - Federated Dept. Stores | | | | | | | | | |
| 96.    - Fiserv, Inc. | | | | | | | | | |
| 97.    - General Motors Corp. | | | | | | | | | |
| 98.    - GlaxoSmithKline | | | | | | | | | |
| 99.    - IBM Corp. | | | | | Partial Sale | 4/27 | J | A | |
| 100. | | | | | Partial Sale | 6/20 | K | A | |
| 101.    - ING Groep | | | | | | | | | |
| 102.    - Intel Corp. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - International Paper Co. | | | | | | | | | |
| 104. - IShares MSCI Japan Indx Fd | | | | | Buy | 10/17 | K | | |
| 105. - J. Sainsbury | | | | | | | | | |
| 106. - J.P. Morgan Chase & Co. | | | | | Sold | 2/9 | K | A | |
| 107. - Johnson & Johnson, Inc. | | | | | | | | | |
| 108. - Jones Apparel Group, Inc. | | | | | | | | | |
| 109. - Kimberly-Clark Corp. | | | | | Sold | 5/8 | J | A | |
| 110. - Koninklijke | | | | | | | | | |
| 111. - Lafarge S.A. | | | | | | | | | |
| 112. - Lexmark Int. Group | | | | | | | | | |
| 113. - Limited Brands, Inc. | | | | | | | | | |
| 114. - MGIC Investment Corp. | | | | | | | | | |
| 115. - Markel Corp. | | | | | | | | | |
| 116. - Matsushita Elec. Ind. | | | | | Sold | 5/1 | J | A | |
| 117. - McDonalds Corp. | | | | | Partial Sale | 1/24 | K | A | |
| 118. | | | | | Sold | 2/9 | J | A | |
| 119. - Microsoft Corp. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Neenah Paper, Inc. | | | | | | | | | |
| 121.  - Newmont Mining Corp. | | | | | Buy | 5/18 | K | | |
| 122.  - PNC Bank | | | | | | | | | |
| 123.  - Petroleo Brasileiro SA | | | | | | | | | |
| 124.  - Pfizer, Inc. | | | | | | | | | |
| 125.  - Public Service Ent. Group, Inc. | | | | | Partial Sale | 2/8 | J | A | |
| 126. | | | | | Sold | 3/9 | K | B | |
| 127.  - Repsol SA | | | | | | | | | |
| 128.  - Spectra Energy Corp. | | | | | Buy | 4/19 | K | | |
| 129.  - Sumitomo Mitsui | | | | | | | | | |
| 130.  - TXU Corp. | | | | | Sold | 10/11 | K | A | |
| 131.  - Taiwan Semiconductor Mfg. | | | | | | | | | |
| 132.  - Telefonica de Espana SA | | | | | | | | | |
| 133.  - Telefonos de Mexico | | | | | | | | | |
| 134.  - Tim Participacoes | | | | | | | | | |
| 135.  - Unilever NV | | | | | | | | | |
| 136.  - Vivo Participacoes SA | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Washington Mutual, Inc. | | | | | | | | | |
| 138. - Wells Fargo & Co. | | | | | | | | | |
| 139. - Western Union | | | | | | | | | |
| 140. - Calamos Growth CL C | | | | | | | | | |
| 141. - Davis NY Venture CL C | | | | | | | | | |
| 142. ACCT 1-7 (Trust3) (MS) | A | Int./Div. | L | T | Opened | 2/14 | J | | See Note 2, Part VIII |
| 143. - Morgan Stanley Com. Stock | | | | | Transfer | 2/27 | K | A | See Note 2, Part VIII |
| 144. - Wal-Mart Stores Com. Stock | | | | | Transfer | 2/27 | K | A | See Note 2, Part VIII |
| 145. - MS Spectrum Technical | | | | | Transfer | 4/12 | J | A | See Note 2, Part VIII |
| 146. - MS Spectrum Currency | | | | | Transfer | 4/12 | J | A | See Note 2, Part VIII |
| 147. - MS MM fnds | | | | | Opened | 2/14 | J | | |
| 148. - Discover Fincl Svcs (X) | | | | | Spin-off | 6/29 | J | | |
| 149. ACCT 1-8 (Trust4) (SA) | C | Int./Div. | M | T | Opened | 2/14 | J | | See Note 5, Part VIII |
| 150. - LR AR School Dist. Ser. B | | | | | Transfer | 3/14 | K | | See Note 5, Part VIII |
| 151. - Pul Cnty AR Chldrn's Hosp. | | | | | Transfer | 3/14 | J | | See Note 5, Part VIII |
| 152. - Heber Springs School District | | | | | Tranfer | 3/14 | J | | See Note 5, Part VIII |
| 153. - Fed Home Loan Mtge Corp Med Term Note | | | | | Transfer | 3/14 | L | | See Note 5, Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - General Motors Corp Note | | . | | | Transfer | 3/14 | K | | See Note 5, Part VIII |
| 155. - Muni Cash Trust Fnds | | | | | Transfer | 3/14 | J | | See Note 5, Part VIII |
| 156. - AR St Rfdg Water Waste Disp & Pollution Muni Debt | | | | | Transfer | 3/14 | K | | See Note 5, Part VIII |
| 157. ACCT 2-1 (MS) | | | | | | | | | |
| 158. - Money Trust MM Fnds | A | Interest | J | T | | | | | |
| 159. - Apple, Inc. | | | | | Buy | 9/11 | J | | |
| 160. | | | | | Transfer | 9/18 | J | A | See Note 6, Part VIII |
| 161. - Chevron Texaco | A | Dividend | K | T | | | | | |
| 162. - First Horizon National Corp. | A | Dividend | J | T | | | | | |
| 163. - SunTrust Banks | A | Dividend | J | T | | | | | |
| 164. - General Electric Co. | A | Dividend | K | T | Partial Sale | 6/20 | J | C | |
| 165. - Pfizer, Inc. | | | | | Sold | 6/26 | J | D | |
| 166. - Duke Energy Holding Co | | | | | Sold | 8/7 | J | A | |
| 167. - Sotheby's Holding, Inc. | | | | | Sold | 6/20 | J | A | |
| 168. - Spectra Energy Corp | | | | | Sold | 6/25 | J | A | |
| 169. ACCT 2-2 (IRA) (MS) | C | Dividend | N | T | | | | | |
| 170. - Liquid Asset MM funds | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - FedEx Corp. | | | | | | | | | |
| 172. - Intel | | | | | Partial Sale | 7/17 | J | A | |
| 173. - General Electric | | | | | | | | | |
| 174. - Qualcomm, Inc. | | | | | | | | | |
| 175. - Yahoo, Inc. | | | | | | | | | |
| 176. - Healthways, Inc. | | | | | | | | | |
| 177. - MS Flexible Income Trust B | | | | | | | | | |
| 178. - Activision Inc | | | | | | | | | |
| 179. | | | | | Buy | 5/17 | J | | |
| 180. - Blackstone Group LP | | | | | Buy | 8/16 | J | | |
| 181. - Morgan Stanley | | | | | Buy | 11/21 | J | | |
| 182. ACCT 2-3 (Trust5) (MS) | C | Int./Div. | N | T | | | | | See Note 7, Part VIII |
| 183. - Active Assets MM Trust | | | | | | | | | |
| 184. - Cisco | | | | | | | | | |
| 185. - Dell Computer | | | | | | | | | |
| 186. - General Electric | | | | | | | | | |
| 187. - Microsoft | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Morgan Stanley | | | | | | | | | |
| 189. - Lyondell Chemical | | | | | Sold | 7/20 | K | E | |
| 190. - Brazos Cnty TX Health Facs. | | | | | Redeem | 8/16 | J | A | |
| 191. - Harris Cnty TX Health Facs. | | | | | Redeem | 6/1 | J | A | |
| 192. - Tarrant Cnty TX Health Resources Tacs. | | | | | | | | | |
| 193. - MS Tax Exempt Sec | | | | | Partial Sale | 1/22 | K | A | |
| 194. - Enterprise Bnk Natl Assoc Omaha NE | | | | | Buy | 11/21 | K | | |
| 195. - Greenbank CD | | | | | Buy | 7/17 | K | | |
| 196. - Discover Fincl Svcs (X) | | | | | Spin-off | 6/26 | J | | |
| 197. ACCT 2-4 (IRA) (MS) | D | Int./Div. | N | T | | | | | |
| 198. - Liquid Asset Fund | | | | | | | | | |
| 199. - San Diego Cnty CA Pension Ob Ser | | | | | Sold | 1/22 | M | B | |
| 200. - Vernon CA Elec Sys Rev Ser | | | | | Sold | 3/26 | L | A | |
| 201. - Nebraska Pub Pwr Dist Rev-A | | | | | Sold | 3/26 | L | A | |
| 202. - MEAG PJ One | | | | | Sold | 3/26 | L | A | |
| 203. - Citizens PPTY BE | | | | | Buy | 1/19 | L | | |
| 204. | | | | | Sold | 3/26 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =●ther | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Banco Santander CD | | | | | Buy | 3/14 | L | | |
| 206. - Dallas City Bank CD | | | | | Buy | 3/14 | L | | |
| 207. - Discover Bank CD | | | | | Buy | 3/14 | L | | |
| 208. ACCT 2-5 (iDealing com. stock) | B | Interest | M | T | Partial Sale | 10/1 | M | E | See Note 8, Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1:    Part VII, Page 4, Line 5 -- No assets; retain public rights only.

Note 2:    Part VII, Pages 4-5, Lines 14-18 -- Assets in Acct 1-1 transferred to Acct 1-7 (Trust3) on Lines 142-148.

Note 3:    Part VII, Page 5, Line 24 -- Asset erroneously reported as "Sell" on 2006 Report at Line 27; should have been "partial sale."

Note 4:    Part VII, Page 5, Line 30 -- Asset erroneously identified as "250" on 2006 Report at Line 39; corrected to "350."

Note 5:    Part VII, Pages 5-6, Lines 33-40 -- Assets in Acct 1-3 transferred to Acct. 1-8 (Trust4)  on Lines 149-156.

Note 6:    Part VII, Page 13, Line 160 -- Asset transferred out of account as gift to ▬▬▬

Note 7:    Part VII, Page 14, Line 182 -- Filer holds no position in Acct. 2-3 (Trust5).

Note 8:    Part VII, Page 16, Line 208 -- Asset erroneously omitted from prior reports (CY 2005 and 2006); acquired 10/05, value "M."

Note 9:    CY 2006 Report - Part VII, Page 16, Line 208 -- Asset had no value; removed from account in 3/06; erroneously not reported as "(Y)."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ___  ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moody, James M | USDC, Eastern District of AR | 05/12/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 West Capitol, Rm. D-446<br>Little Rock, AR 72201-3325 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust 1, Part VII , Line 41 |
| 2. Trustee | Trust 2, Part VII, Line 66 |
| 3. Trustee | Trust 4, Part VII, Line 148 |
| 4. Trustee | Trust 5, Part VII, Line 181 |
| 5. | |

DISCLOSURE OFFICE FINANCIAL 2008 MAY 14 P 8: 41 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Tutoring |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. One Bank | A | Interest | K | T | | | | | |
| 2. Bank of America | A | Interest | J | T | | | | | |
| 3. Regions Bank | A | Interest | J | T | | | | | |
| 4. Telco Fed. Credit Union | B | Dividend | K | T | | | | | |
| 5. A Very Special Tea Room | | None | | | | | | | See Note 1, Part VIII |
| 6. Regions Bank/Morgan Keegan (IRA) | D | Interest | L | T | | | | | |
| 7. Janus Global Tech Fnd | A | Interest | J | T | | | | | |
| 8. Vanguard Growth Index Fund (IRA) | A | Interest | L | T | | | | | |
| 9. BH&M Oil Comm. Stock | A | Dividend | J | T | | | | | |
| 10. Putnam Amer. Growth & Income Fnd | A | Dividend | J | T | | | | | |
| 11. Amer. Funds AMCAP Fnd | C | Dividend | L | T | | | | | |
| 12. Fidelity Eq. Aggr. Growth Fnd | A | Dividend | J | T | | | | | |
| 13. MSDW Competitive Edge Fnd | A | Dividend | L | T | | | | | |
| 14. ACCT 1-1 (MS) (Y) | | | | | Closed | 4/16 | J | A | See Note 2, Part VIII |
| 15. Morgan Stanley Com. Stock | | | | | Transfer | 2/27 | K | A | See Note 2, Part VIII |
| 16. Wal-Mart Stores Com. Stock | | | | | Transfer | 2/27 | K | A | See Note 2, Part VIII |
| 17. MS Spectrum Technical | | | | | Transfer | 4/12 | J | A | See Note 2, Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MS Spectrum Currency | | | | | Transfer | 4/12 | J | A | See Note 2, Part VIII |
| 19. US Gov MM Trst Fnds | | | | | Redemption | 3/01 | J | A | See Note 2, Part VIII |
| 20. ACCT 1-2 (IRA) (MS) | D | Int./Div. | P1 | T | | | | | |
| 21. - IShares Russell 2000 Value Fund | | | | | | | | | |
| 22. - IShares Russell 2000 Growth | | | | | | | | | |
| 23. - IShares Russell 1000 Gr Index | | | | | | | | | |
| 24. - IShares Russell 1000 Value Index | | | | | | | | | See Note 3, Part VIII |
| 25. - IShares Russell Midcap G Index Fd | | | | | | | | | |
| 26. - IShares S&P Midcap 400 Value | | | | | | | | | |
| 27. - IShares S&P Midcap 400 Growth | | | | | | | | | |
| 28. - IShares S&P 500 Growth Index | | | | | | | | | |
| 29. - IShares MSCI Emerging Mkts Fd | | | | | | | | | |
| 30. - IShares S&P Europe 350 Mkt Fnd | | | | | | | | | See Note 4, Part VIII |
| 31. - IShares MSCI Japan Index Fnd | | | | | | | | | |
| 32. - Liquid Asset MM Fund | | | | | | | | | |
| 33. ACCT 1-3 (SA) (Y) | | | | | Closed | 3/14 | J | A | See Note 5, Part VIII |
| 34. - LR AR School Dist. Ser. B | | | | | Transfer | 3/14 | K | B | See Note 5, Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Pul Cnty AR Chldrn's Hosp. | | | | | Transfer | 3/14 | J | A | See Note 5, Part VIII |
| 36.  - Heber Springs School District | | . | | | Transfer | 3/14 | J | A | See Note 5, Part VIII |
| 37.  - Fed Home Loan Mtge Corp Med Term Note | | | | | Transfer | 3/14 | L | A | See Note 5, Part VIII |
| 38.  - General Motors Corp Note | | | | | Transfer | 3/14 | K | B | See Note 5, Part VIII |
| 39.  - Muni Cash Trust Fnds | | | | | Tranfer | 3/14 | J | A | See Note 5, Part VIII |
| 40.  - AR St Rfdg Water Waste Disp & Pollution Muni Debt | | | | | Transfer | 3/14 | K | B | See Note 5, Part VIII |
| 41.  ACCT 1-4 (Trust1) (SA) | E | Int./Div. | ● | T | | | | | |
| 42.  - Greene Cnty AR Housing | | | | | | | | | |
| 43.  - Pul Cnty AR Hsp Revs Chldrn's Hosp | | | | | | | | | |
| 44.  - Union Cnty AR Housing | | | | | | | | | |
| 45.  - AR Div Fin Auth SFM Ser B | | | | | Redeem part. | 1/2 | J | A | |
| 46. | | | | | Redeem | 7/2 | K | A | |
| 47.  - Pul Cnty AR Hlth. Fac. Catholic | | | | | | | | | |
| 48.  - UA-Faytvl Var Fac | | | | | | | | | |
| 49.  - Jonesboro AR Res Housing | | | | | | | | | |
| 50.  - Drew Cty AR School Dist 5 | | | | | | | | | |
| 51.  - Rogers AR School Dist | | | | | Redeem | 8/1 | K | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    - Springdale AR Sch Dist #50 | | | | | | | | | |
| 53.    - Booneville AR School Dist | | | | | | | | | |
| 54.    - Heber Springs AR School District | | | | | Redeem | 5/1 | K | B | |
| 55.    - Springdale AR SD050 | | | | | | | | | |
| 56.    - LR AR Hlth Fac Bd Baptist Med Center | | | | | | | | | |
| 57.    - Conway AR Pub Fac Bd Cap Impts Rev Ref Hendrix | | | | | | | | | |
| 58.    - Paragrould AR Water & Sewer Rev B/E | | | | | | | | | |
| 59.    - AR St Rfdg Water Waste Disp & Poll C B/E | | | | | | | | | |
| 60.    - AR St Univ Rev Hsg Sys FGIC B/E | | | | | | | | | |
| 61.    - NLR Hlth Fac Bd Hlth Care R V Ref Bap Hlth B/E | | | | | | | | | |
| 62.    - Ft.Smith AR W&S Rev Ser C FSA B/E | | | | | Buy | 9/24 | K | | |
| 63.  ACCT 1-5 (IRA) (MS) | A | Interest | J | T | | | | | |
| 64.    - MS Liquid Asset MM Fnds | | | | | | | | | |
| 65.    -Activision, Inc. | | | | | | | | | |
| 66.  ACCT 1-6 (Trust2) | | | | | | | | | |
| 67.    - Real estate, Van Buren Cnty, AR | | None | L | W | | | | | |
| 68.    - ACCT 1-6.a (Trust2) (EDI) | D | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -- First Southwest Prime MM Fnds | | | | | | | | | |
| 70.   - ABN AMRO Holding NV | | | | | | | | | |
| 71.   - AT&T | | | | | Sell Partial | 2/9 | J | A | |
| 72. | | | | | Sell | 3/26 | J | A | |
| 73.   - AKZO Nobrl NV | | | | | Sell | 5/1 | J | A | |
| 74.   - Alcoa, Inc. | | | | | Sell Partial | 5/8 | J | A | |
| 75. | | | | | Sell | 6/20 | K | A | |
| 76.   - American Home Mtge Inv | | | | | Buy | 7/11 | K | | |
| 77. | | | | | Sell | 12/24 | J | A | |
| 78.   - BP Amoco | | | | | | | | | |
| 79.   - Banco Bilbaovizcaya | | | | | | | | | |
| 80.   - Banco Santander Cen | | | | | Sell | 4/19 | K | A | |
| 81.   - Bank of America Corp. | | | | | | | | | |
| 82.   - Baxter Int. Inc. | | | | | Sell | 3/21 | J | A | |
| 83.   - Bayerische | | | | | | | | | |
| 84.   - Berkshire Hathaway, Inc. | | | | | | | | | |
| 85.   - Bristol Myers Squibb Co. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =●ther | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - CIT Group, Inc. | | | | | | | | | |
| 87. - Chubb Corp. | | | | | | | | | |
| 88. - Coca-Cola Co. | | | | | | | | | |
| 89. | | | | | Buy | 5/3 | J | | |
| 90. | | | | | Sell Partial | 5/14 | J | A | |
| 91. | | | | | Sell | 9/11 | K | D | |
| 92. - Costco | | | | | | | | | |
| 93. - Walt Disney Co. | | | | | Sell | 1/24 | K | A | |
| 94. - Dow Chemical Co. | | | | | | | | | |
| 95. - Federated Dept. Stores | | | | | | | | | |
| 96. - Fiserv, Inc. | | | | | | | | | |
| 97. - General Motors Corp. | | | | | | | | | |
| 98. - GlaxoSmithKline | | | | | | | | | |
| 99. - IBM Corp. | | | | | Sell Partial | 4/27 | J | A | |
| 100. | | | | | Sell Partial | 6/20 | K | A | |
| 101. - ING Groep | | | | | | | | | |
| 102. - Intel Corp. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - International Paper Co. | | | | | | | | | |
| 104.  - IShares MSCI Japan Indx Fd | | | | | Buy | 10/17 | K | | |
| 105.  - J. Sainsbury | | | | | | | | | |
| 106.  - J.P. Morgan Chase & Co. | | | | | Sell | 2/9 | K | Λ | |
| 107.  - Johnson & Johnson, Inc. | | | | | | | | | |
| 108.  - Jones Apparel Group, Inc. | | | | | | | | | |
| 109.  - Kimberly-Clark Corp. | | | | | Sell | 5/8 | J | Λ | |
| 110.  - Koninklijke | | | | | | | | | |
| 111.  - Lafarge S.A. | | | | | | | | | |
| 112.  - Lexmark Int. Group | | | | | | | | | |
| 113.  - Limited Brands, Inc. | | | | | | | | | |
| 114.  - MGIC Investment Corp. | | | | | | | | | |
| 115.  - Markel Corp. | | | | | | | | | |
| 116.  - Matsushita Elec. Ind. | | | | | Sell | 5/1 | J | Λ | |
| 117.  - McDonalds Corp. | | | | | Sell Partial | 1/24 | K | A | |
| 118. | | | | | Sell | 2/9 | J | Λ | |
| 119.  - Microsoft Corp. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Neenah Paper, Inc. | | | | | | | | | |
| 121. - Newmont Mining Corp. | | | | | Buy | 5/18 | K | | |
| 122. - PNC Bank | | | | | | | | | |
| 123. - Petroleo Brasileiro SA | | | | | | | | | |
| 124. - Pfizer, Inc. | | | | | | | | | |
| 125. - Public Service Ent. Group, Inc. | | | | | Sell Partial | 2/8 | J | A | |
| 126. | | | | | Sell | 3/9 | K | B | |
| 127. - Repsol SA | | | | | | | | | |
| 128. - Spectra Energy Corp. | | | | | Buy | 4/19 | K | | |
| 129. - Sumitomo Mitsui | | | | | | | | | |
| 130. - TXU Corp. | | | | | Sell | 10/11 | K | A | |
| 131. - Taiwan Semiconductor Mfg. | | | | | | | | | |
| 132. - Telefonica de Espana SA | | | | | | | | | |
| 133. - Telefonos de Mexico | | | | | | | | | |
| 134. - Tim Participacoes | | | | | | | | | |
| 135. - Unilever NV | | | | | | | | | |
| 136. - Vivo Participacoes SA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =●ther | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Washington Mutual, Inc. | | | | | | | | | |
| 138. - Wells Fargo & Co. | | | | | | | | | |
| 139. - Western Union | | | | | | | | | |
| 140. - Calamos Growth CL C | | | | | | | | | |
| 141. - Davis NY Venture CL C | | | | | | | | | |
| 142. ACCT 1-7 (Trust3) (MS) | A | Int./Div. | L | T | Opened | 2/14 | J | | See Note 2, Part VIII |
| 143. Morgan Stanley Com. Stock | | | | | Transfer | 2/27 | K | A | See Part 2, Part VIII |
| 144. Wal-Mart Stores Com. Stock | | | | | Transfer | 2/27 | K | A | See Part 2, Part VIII |
| 145. MS Spectrum Technical | | | | | Transfer | 4/12 | J | A | See Part 2, Part VIII |
| 146. MS Spectrum Currency | | | | | Transfer | 4/12 | J | A | See Part 2, Part VIII |
| 147. MS MM fnds | | | | | | | | | |
| 148. ACCT 1-8 (Trust4) (SA) | C | Int./Div. | M | T | Opened | 2/14 | J | | See Note 5, Part VIII |
| 149. LR AR School Dist. Ser. B | | | | | Transfer | 3/14 | K | | See Note 5, Part VIII |
| 150. Pul Cnty AR Chldrn's Hosp. | | | | | Transfer | 3/14 | J | | See Note 5, Part VIII |
| 151. Heber Springs School District | | | | | Tranfer | 3/14 | J | | See Note 5, Part VIII |
| 152. Fed Home Loan Mtge Corp Med Term Note | | | | | Transfer | 3/14 | L | | See Note 5, Part VIII |
| 153. General Motors Corp Note | | | | | Transfer | 3/14 | K | | See Note 5, Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Muni Cash Trust Fnds | | | | | Transfer | 3/14 | J | | See Note 5, Part VIII |
| 155. AR St Rfdg Water Waste Disp & Pollution Muni Debt | | | | | Transfer | 3/14 | K | | See Note 5, Part VIII |
| 156. ACCT 2-1 (MS) | | | | | | | | | |
| 157. - Money Trust MM Fnds | A | Interest | J | T | | | | | |
| 158. - Apple, Inc. | | | | | Buy | 9/11 | J | | |
| 159. | | | | | Transfer | 9/18 | J | A | See Note 6, Part VIII |
| 160. - Chevron Texaco | A | Dividend | K | T | | | | | |
| 161. - First Horizon National Corp. | A | Dividend | J | T | | | | | |
| 162. - SunTrust Banks | A | Dividend | J | T | | | | | |
| 163. - General Electric Co. | A | Dividend | K | T | Sell Partial | 6/20 | J | C | |
| 164. - Pfizer, Inc. | | | | | Sell | 6/26 | J | D | |
| 165. - Duke Energy Holding Co | | | | | Sell | 8/7 | J | A | |
| 166. - Sotheby's Holding, Inc. | | | | | Sell | 6/20 | J | A | |
| 167. - Spectra Energy Corp | | | | | Sell | 6/25 | J | A | |
| 168. ACCT 2-2 (IRA) (MS) | C | Dividend | N | T | | | | | |
| 169. - Liquid Asset MM funds | | | | | | | | | |
| 170. - FedEx Corp. | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,000 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Intel | | | | | Partial Sale | 7/17 | J | A | |
| 172. - General Electric | | | | | | | | | |
| 173. - Qualcomm, Inc. | | | | | | | | | |
| 174. - Yahoo, Inc. | | | | | | | | | |
| 175. - Healthways, Inc. | | | | | | | | | |
| 176. - MS Flexible Income Trust B | | | | | | | | | |
| 177. - Activision Inc | | | | | | | | | |
| 178. | | | | | Buy | 5/17 | J | | |
| 179. - Blackstone Group LP | | | | | Buy | 8/16 | J | | |
| 180. - Morgan Stanley | | | | | Buy | 11/21 | J | | |
| 181. ACCT 2-3 (Trust5) (MS) | C | Int./Div. | N | T | | | | | See Note 7, Part VIII |
| 182. - Active Assets MM Trust | | | | | | | | | |
| 183. - Cisco | | | | | | | | | |
| 184. - Dell Computer | | | | | | | | | |
| 185. - General Electric | | | | | | | | | |
| 186. - Microsoft | | | | | | | | | |
| 187. - Morgan Stanley | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Lyondell Chemical | | | | | Sold | 7/20 | K | E | |
| 189. - Brazos Cnty TX Health Facs. | | | | | Redeem | 8/16 | J | A | |
| 190. - Harris Cnty TX Health Facs. | | | | | Redeem | 6/1 | J | A | |
| 191. - Tarrant Cnty TX Health Resources Tacs. | | | | | | | | | |
| 192. - MS Tax Exempt Sec | | | | | Partial Sale | 1/22 | K | A | |
| 193. - Enterprise Bnk Natl Assoc Omaha NE | | | | | Buy | 11/21 | K | | |
| 194. - Greenbank CD | | | | | Buy | 7/17 | K | | |
| 195. - Discover Finan Svcs (spinoff of Morgan Stanley) | | | | | | | | | |
| 196. ACCT 2-4 (IRA) (MS) | D | Int./Div. | N | T | | | | | |
| 197. - Liquid Asset Fund | | | | | | | | | |
| 198. - San Diego Cnty CA Pension Ob Ser | | | | | Sold | 1/22 | M | B | |
| 199. - Vernon CA Elec Sys Rev Ser | | | | | Sold | 3/26 | L | A | |
| 200. - Nebraska Pub Pwr Dist Rev-A | | | | | Sold | 3/26 | L | A | |
| 201. - MEAG PJ One | | | | | Sold | 3/26 | L | A | |
| 202. - Citizens PPTY BE | | | | | Buy | 1/19 | L | | |
| 203. | | | | | Sold | 3/26 | M | A | |
| 204. - Banco Santander CD | | | | | Buy | 3/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Dallas City Bank CD | | | | | Buy | 3/14 | L | | |
| 206.  - Discover Bank CD | | | | | Buy | 3/14 | L | | |
| 207.  Acct 2-5 (iDealing com. stock) | B | Interest | M | T | Partial Sale | 10/1 | M | E | See Note 8, Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =●ther | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: Part VII, Line 5 -- No assets; retain public rights only.

Note 2: Part VII, Lines 14-18 -- Assets in Acct 1-1 transferred to Acct 1-7 (Trust3) on Lines 142-147.

Note 3: Part VII, Line 24 -- Asset erroneously reported as "Sell" on 2006 Report at Line 27; should have been "partial sale."

Note 4: Part VII, Line 30 -- Asset erroneously identified as "250" on 2006 Report at Line 39; corrected to "350."

Note 5: Part VII, Lines 33-40 -- Assets in Acct 1-3 transferred to Acct. 1-8 (Trust4) on Lines 148-155.

Note 6: Part VII, Line 159 -- Asset transferred out of account as gift to ███████

Note 7: Part VII, Line 181 -- Filer holds no position in Acct. 2-3 (Trust5).

Note 8: Part VII, Line 207 -- Asset erroneously omitted from prior reports (CY 2005 and 2006); acquired 10/05, value "M."

Note 9: CY 2006 Report - Part VII, Line 208 -- Asset of no value; removed from account 3/06; erroneously not reported as "(Y)."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544